1 | David J. Kaminiski, Esq. SBN 128509
CARLSON, MESSER & TURNER LLP
2 | 5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
3 | (310) 242-2200 Telephone
(310) 242-2222 Facsimile
4 |
Attorneys for Defendants DATA LINE CREDIT CORP.;
5 | ED BRYDEN dba ED & SONS TOWING

FILED

2005 AUG -4  A 11: 39

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
     DEPUTY

LODGED

AUG 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
  DEPUTY CLERK

ORIGINAL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| LEE G. BOYER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DATA LINE CREDIT CORP; ED BRYDEN dba ED & SONS TOWING,<br><br>        Defendants. | CASE NO. 1:05 CV 00610 REC LJO<br><br>**STIPULATION FOR DISMISSAL (FRCP 41(a) (ii) AND ORDER THEREON**<br><br>**Action Removed to United States District Court: May 6, 2005** |

It is hereby stipulated by and between Plaintiff Lee G. Boyer, Plaintiff In Pro Per, and Defendants Data Line Credit Corp. and Ed Bryden dba Ed &Sons Towing, as follows:

That Plaintiff's entire Complaint on file and all claims and causes of action therein against all parties in the action, including Defendants Data Line Credit Corp. and Ed Bryden dba Ed & Sons Towing, shall be dismissed with prejudice.

///
///
///
///

1

1  All Attorneys' fees, costs and any other affirmative relief of any kind is waived by
2  all parties.
3
4
5  DATED: 6-25-05            By _____
6                            Lee G. Boyer, Plaintiff In Pro Per
7
8
9  DATED: June 29, 2005      CARLSON, MESSER & TURNER LLP
10
11                           By _____
12                           David J. Kaminski, Esq.
                             Attorneys for DATA LINE CREDIT
13                           CORP.; ED BRYDEN dba ED BRYDEN
                             & SONS TOWING
14
15
16          **IT IS SO ORDERED.**
17
18
19  Dated: Aug. 3, 05         _____
20                            United States District Court Judge
21
22
23
24
25
26
27
28

2

05289.00/106963                                         Stipulation

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **August 1, 2005**, I served the foregoing document described as: **STIPULATION FOR DISMISSAL (FRCP 41(a) (ii) AND ORDER THEREON** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson, Messer & Turner LLP. I am "readily familiar" with the business practices of Carlson, Messer & Turner LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY FACSIMILE)
I transmitted via telecopier machine such document to the offices of the addressees.

☐ (STATE) - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ (FEDERAL) - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **August 1, 2005**, at Los Angeles, California.

*Linda Brooks*
Linda Brooks

05289.00:105042

1 | **BOYER V. DATA LINE CREDIT CORP. ED BRYDEN, ET AL.**
**05289.00**

2

3 | Lee G. Boyer                IN PRO PER
6 Hawksmoor Court
Sacramento, California 95823
4 | (661) 599-1558

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | 05289.00:105042